UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRED JOHNSON,

Defendant.

21-CR-499-04 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby adjourns sentencing in this case, from December 1, 2022, until **February 1, 2023** at **2:15 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  The Clerk of Court is requested to terminate the motion at Dkt. No. 263.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 16, 2022
         New York, New York